IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FRANCIS MULLADY,<br><br>　　　　　　Defendant. | 8:21CR289<br><br>ORDER |

　　　This matter is before the Court on the government's Motion to Dismiss (Filing No. 41) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests leave to dismiss, without prejudice, the Indictment (Filing No. 1) as it relates to Francis Mullady. The Court finds the motion should be granted. Accordingly,

　　　IT IS ORDERED:

　　　1.　　The government's Motion to Dismiss (Filing No. 41) is granted.

　　　2.　　The Indictment (Filing No. 1) is dismissed without prejudice as to defendant Francis Mulllady.

　　　Dated this 3rd day of May 2023.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*Robert F. Rossiter, Jr.* (signature)

　　　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge